UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Autumn Larson, | Court File No. 21-CV-00714 (ECT/JFD) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| City of Minneapolis; Doe Officers #1-30, in their individual and official capacities, | |
| Defendants. | |

_____

The parties, by and through their undersigned counsel, stipulate that the Court may dismiss all claims and parties with prejudice and without costs to any party.

1

| | |
|---|---|
| Dated: November 30, 2021 | Dated: November 30, 2021 |
| **MASLON LLP** | JAMES R. ROWADER, JR.<br>City Attorney |
| By: /s Nathaniel J. Ajouri<br>Julian C. Zebot (#330644)<br>Nathaniel J. Ajouri (#0401144)<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br>Telephone: (612) 672-8200<br>julian.zebot@maslon.com<br>nathaniel.ajouri@maslon.com | By<br><br>/s/Heather P. Robertson<br>HEATHER P. ROBERTSON (#0390470)<br>KRISTIN R. SARFF (#0388003)<br>SHARDA ENSLIN (#0389370)<br>Assistant City Attorneys<br>Room 210, City Hall<br>350 South Fifth Street<br>Minneapolis, MN  55415<br>((612) 673-3949<br>(612) 673-3919<br>(612) 673-2180<br>heather.robertson@minneapolismn.gov<br>kristin.sarff@minneapolismn.gov<br>sharda.enslin@minneapolismn.gov |
| *Attorneys for Plaintiff Autumn Larson* | *Attorneys for Defendant City of Minneapolis* |