UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Autumn Larson, | Court File No. 21-CV-00714 (ECT/JFD) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| City of Minneapolis; Doe Officers #1-30, in their individual and official capacities, | |
| Defendants. | |

_____

Pursuant to the stipulation of the parties (Doc. 33), all claims are hereby dismissed with prejudice and without costs to either party.

Dated: _____

The Honorable Eric C. Tostrud
United States District Judge
District of Minnesota

1